# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: GEORGE NELSON
      CHERYL NELSON                                           Case Number: 18-44592-MAR
                                                                                   Chapter 13
          Debtor(s)                                               Judge RANDON

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
 (248) 443-7033
_____/

## ORDER CONFIRMING PLAN AND LIFT OF STAY AS TO TOYOTA MOTOR CREDIT WITH RESPECT TO THE 2003 BMWi ONLY

The debtor(s) Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$FEES BY APPLICATION** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **$FEES BY APPLICATION** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]
[X] The notice of Post Petition Mortgage fees filed by Nationstar Mortgage are to be paid by the Trustee as a Class 5.2 claim.
[X] The notice of Post Petition Mortgage fees filed by Midwest Bank shall be paid directly by the Debtor pursuant to the Order Modifying the Automatic Stay docket #47.
[X] The Debtor shall provide Trustee with copies of Income Tax returns and verification of income yearly pursuant to 11 U.S.C. 521(f) for the duration of the Chapter 13 Confirmed Plan by May each year.
[X] In the event that debtor(s) fail(s) to make any future Chapter 13 plan payments, the Trustee may submit a notice of default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in the payments. If debtor(s) fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.
[X] Debtors plan payments shall be increased to $5,300.00 per month effective June 19, 2019.

**OBJECTIONS WITHDRAWN:**

For Creditor: _____

  /s/ Krispen S. Carroll                            /s/ Brian D. Rodriguez
STANDING CHAPTER 13 TRUSTEE            Attorney for Debtor(s):
Krispen S. Carroll (49817)                      Brian D. Rodriguez P57194
Margaret Conti Schmidt (P42945)           Acclaim Legal Services, P.L.L.C
Maria Gotsis (P67107)                          8900 E. 13 Mile Road

719 Griswold Street
1100 Dime Building
Detroit, MI 48226
313-962-5035
notice@det13ksc.com

Warren, MI  48093
248-443-7033
filing@acclaimlegalservices.com

**Signed on June 22, 2019**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge