**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  GEORGE NELSON
        CHERYL NELSON                      Case Number:   18-44593
                                                          Chapter 13
Debtors                                                      Judge MARK A. RANDON
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

**PROPOSED CHAPTER 13 PLAN MODIFICATION**

Debtors propose to modify the confirmed Plan pursuant to LBR 3015-2(b) as follows:

- Debtors' plan term is hereby extended by 20 months for a total of 80 months.

During the past year Debtors fell behind on plan payments due to Mr. Nelson being unable to work or assist in helping with the household finances due to issues with the Covid-19 pandemic.  Also, Mr. Nelson had other medical issues and was hospitalized for an extended period of time.  Debtors fell behind in their plan payments which resulted in a payment arrearage and underfunding of their plan.  As such, Debtors seek to extend the term of their plan to make up for the payment delinquency that accrued and to properly fund the plan.

Following is the effect of this modification on the following classes:
Class One: no adverse impact.
Class Two: no adverse impact.
Class Three: n/a
Class Four: n/a
Class Five: no adverse impact.
Class Six: n/a
Class Seven: n/a
Class Eight: n/a
Class Nine: no adverse impact.

Dated:  December 29, 2020            /s/ William D. Johnson
                                        WILLIAM D. JOHNSON (P54823)
                                        Acclaim Legal Services, PLLC
                                        8900 E. 13 Mile Road
                                        Warren, MI 48093
                                        (248) 443-7033
                                        filing@acclaimlegalservices.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: GEORGE NELSON
       CHERYL NELSON                                         Case Number: 18-44593
                                                                        Chapter 13

Debtors                                                                            Judge MARK A. RANDON

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROPOSED ORDER MODIFYING CHAPTER 13 PLAN

This matter having come before the Court upon Debtors' Notice of Proposed Chapter 13 Plan Modification, no objections having been filed, a certificate of no objection having been filed, and the Court being otherwise fully advised on the premises;

IT IS HEREBY ORDERED that the following modifications to the Chapter 13 Plan are hereby effective:

- Debtors' plan term is hereby extended by 20 months for a total of 80 months.

IT IS FURTHER ORDERED that in all other respects the confirmed Plan, as last modified, remains in full force and effect.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: GEORGE NELSON
        CHERYL NELSON                       Case Number: 18-44593
                                                           Chapter 13
Debtors                                                      Judge MARK A. RANDON
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

**Notice of Deadline to Object to Proposed Chapter 13 Plan Modification**

       The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

       If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

       If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the Debtor, the proponent of the plan modification, the Trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

       Objections to the attached proposed chapter 13 plan modification shall be served on the following:

           Krispen S. Carroll, Chapter 13 Trustee
           719 Griswold Street, Suite 1100
           Detroit, MI 48226

           Acclaim Legal Services, PLLC
           8900 E. 13 Mile Road
           Warren, MI 48093

Dated: December 29, 2020                         /s/ William D. Johnson
                                                                     WILLIAM D. JOHNSON (P54823)
                                                                     Acclaim Legal Services, PLLC
                                                                     8900 E. 13 Mile Road
                                                                     Warren, MI 48093
                                                                     (248) 443-7033
                                                                     filing@acclaimlegalservices.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:  GEORGE NELSON
       CHERYL NELSON                               Case Number: 18-44593
                                                     Chapter 13
Debtors                                              Judge MARK A. RANDON
_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Road
Warren, MI 48093
(248) 443-7033
_____/

## PROOF OF SERVICE

DEANNA RUNDE, hereby certifies that on December 29, 2020 she served a copy of the following documents electronically or by the United States Postal Service:

- Proposed Chapter 13 Plan Modification
- Notice of Proposed Chapter 13 Plan Modification
- Proposed Order
- Proof of Service

upon:

        Chapter 13 Trustee – Krispen S. Carroll
        719 Griswold Street, Suite 1100
        Detroit, MI  48226

        All parties on the attached Matrix


Dated: December 29, 2020            /s/ Deanna Runde
                                          Deanna Runde
                                          Acclaim Legal Services, PLLC
                                          8900 E. 13 Mile Road
                                          Warren, MI 48093
                                          (248) 443-7033
                                          filing@acclaimlegalservices.com